DAVID DUNG LE, M.D., INC., Petitioner—Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent— Appellee.

No. 00–70718.
Tax Ct. No. 13702–99.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Dec. 5, 2001.

Before PREGERSON, REINHARDT, and SILVERMAN, Circuit Judges:

MEMORANDUM *

David Dung Le, M.D., Inc. appeals the dismissal of its petition in the Tax Court challenging an assessed tax deficiency. We have jurisdiction over this appeal pursuant to 26 U.S.C. § 7482(a)(1) and we affirm for the reasons set forth in the opinion of the Tax Court.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.